IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENISE MARK,

    Plaintiff,

v.                                              Civ. No. 15-851 KG/GJF

UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER is before the Court on Defendant's Motion to Dismiss. ECF No. 20. Therein, Defendant moves this Court to dismiss all claims in Count 2 of the Complaint pertaining to allegations of "negligent hiring, credentialing, training, supervising and staffing." Pl.'s Mot. Dismiss 1, ECF No. 20.

On May 23, 2016, the United States Court of Appeals for the Tenth Circuit published its opinion in *Lopez v. United States of America*, No. 15-1169, slip op. (10th Cir. May 23, 2016). Like this case, *Lopez* concerns notice under the Federal Tort Claims Act in a medical negligence case. In light of the opinion in *Lopez*, the Court directs the parties to file supplemental briefs regarding how the case affects Defendant's pending Motion to Dismiss.

Each party's supplemental brief is limited to **four (4) pages** and must be submitted to the Court no later than **June 7, 2016**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE